**Order entered December 14, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01403-CV

### IN RE ISRAEL CALLERO MENDEZ, Relator

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-00914-N**

## ORDER

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/      ELIZABETH LANG-MIERS
             JUSTICE